█ EMIL N. STEO, Respondent, v THOMAS F. GILES et al., Individually and Doing Business as DESIGN SERVICES, Appellants.—Judgment of the Supreme Court, Nassau County, entered February 22, 1979, affirmed. No opinion. Appeal from an order of the same court, dated February 20, 1979, dismissed as academic (see *Matter of Aho,* 39 NY2d 241, 248). Plaintiff is awarded one bill of $50 costs and disbursements. Damiani, J. P., Lazer, Gibbons and O'Connor, JJ., concur.